## BLOSSMAN HAYES v. ISAAC HAYES.

It is against public policy to permit a person to stipulate for a partial immunity for the commission of a future immoral act.

APPEAL from the District Court, Parish of St. Landry, Overton, J. Lewis & Porter, for plaintiff. Dupré, King & Linton, for defendant and appellant.

SLIDELL, J. The exception pleaded by the defendant and which was overruled by the Court below, involves the proposition that a man may lawfully agree with another to limit his responsibility in damages for a future offence against such person's good name. Such a doctrine is as inadmissible as it is novel. It is manifestly inconsistent with public policy that a man should be permitted to stipulate a partial impunity for the commission of a future immoral act.

Such being our opinion, it is unnecessary to inquire whether the motion to dismiss the appeal, upon the ground that the judgment was not final, was well made.

Judgment affirmed, with costs.